

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joe Starks, Jr.,                               * From the County Court at Law No. 2
of Taylor County,
Trial Court No. 2-462-21.

Vs. No. 11-22-00354-CR               * March 7, 2024

The State of Texas,                    * Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.